IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MANUEL ENRIQUE CAMACHO**                                                        **PETITIONER**

        v.        Civil No. 12-5069

**RAY HOBBS, Interim Director,
Arkansas Department of Corrections**                                              **RESPONDENT**

**O R D E R**

Now on this 6th day of November 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #25) and petitioner's objections thereto. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects. The Court has reviewed all of the arguments presented by petitioner -- including those addressed to the Magistrate Judge -- and finds that petitioner has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #25) is hereby **adopted *in toto***, and petitioner's objections are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the instant petition is hereby **dismissed with prejudice.**

IT IS SO ORDERED.

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE